**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES                                    *
                                                 *
          v.                                     *          CRIM. NO. 3:21-mj-06013-DEA
                                                 *
JOEL PEREZ-NAJERA                                *
                                                 *
                                            *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

          In accordance with Standing Order 2020-06, this Court finds:

☑     That the Defendant (or the Juvenile) has consented to the use of video

teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation

with counsel; and

The proceeding(s) held on this date may be conducted by:

☑     Video Teleconferencing

☐     Teleconferencing, because video teleconferencing is not reasonably available for the

following reason:

          ☐     The Defendant (or the Juvenile) is detained at a facility lacking video

          teleconferencing capability.

          ☐     Other:

Date:  3/19/2021

                                        _____
                                        Honorable Douglas E. Arpert
                                        United States Magistrate Judge